# Court of Appeals, State of Michigan

# ORDER

In re Application of Consumers Energy Co for 2012 Reconciliation

Docket No.    321877

LC No.      00-016890

Michael J. Kelly
Presiding Judge

Christopher M. Murray

Douglas B. Shapiro
Judges

The Court orders that the October 22, 2015, unpublished per curiam opinion is hereby AMENDED to correct clerical errors. On page 4 of the slip opinion, the last sentence of the first paragraph of the Analysis section is corrected to read: "We agree." Also on page 4, the first sentence of the second paragraph of the Analysis section is corrected to read: "In *In re Application of Consumers Energy*, ___ Mich App ___; ___ NW2d ___ (2015) (Docket Nos. 314361, 316868), this Court considered these issues in Docket No. 316868, an appeal brought by the same BMPs that brought the instant appeal."

In all other respects, the October 22, 2015, opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

NOV 09 2015
_____
Date

_____
Chief Clerk